UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| TQP DEVELOPMENT, LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>THE NORTHERN TRUST COMPANY,<br><br>　　　　Defendant. | § § § § § § § § § § § | No. 2:12-CV-428-JRG-RSP<br><br>CONSOLIDATED |
| TQP DEVELOPMENT, LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JETBLUE AIRWAYS CORPORATION,<br><br>　　　　Defendant. | § § § § § § § § § § § | No. 2:12-CV-576-JRG-RSP<br><br>JURY TRIAL DEMANDED |

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

CAME ON THIS DAY for consideration of the Joint Motion for Dismissal Without Prejudice of all claims and counterclaims asserted between plaintiff TQP Development, LLC and defendant JetBlue Airways Corporation in the lead consolidated action and in *TQP Development, LLC v. JetBlue Airways Corporation,* Case No. 2:12-CV-576, and the Court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims and counterclaims asserted between plaintiff TQP Development, LLC and defendant JetBlue Airways Corporation in the lead consolidated action and in *TQP Development, LLC v. JetBlue Airways Corporation,* Case

No. 2:12-CV-576, are hereby dismissed without prejudice.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

**SIGNED this 19th day of July, 2013.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE